1    JOSEPH C. LIBURT (STATE BAR NO. 155507)
     SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)
2    ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
3    Menlo Park, CA  94025
     Telephone:     650-614-7400
4    Facsimile:     650-614-7401
     jliburt@orrick.com
5    schariyasatit@orrick.com

6    Attorneys for Defendants
     ACER EUROPE S.A. and ACER AMERICA CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTIAN HAMMERL,                     Case No.  5:08-cv-4754-JF

12              Plaintiff,                   [PROPOSED] ORDER DENYING
                                            PLAINTIFF'S MOTION FOR
13         v.                                ADMINISTRATIVE RELIEF

14   ACER EUROPE S.A., a Swiss corporation,
     ACER AMERICA CORPORATION, a            Dept.:     3
15   California corporation, and Does 1 through 10,   Judge:     Hon. Jeremy Fogel

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    On November 4, 2008, Plaintiff Christian Hammerl filed his Motion for Administrative

2  Relief, pursuant to Civil Local Rule 7-11 for the Northern District of California.  Defendants Acer

3  Europe S.A. ("Acer Europe") and Acer America Corporation ("Acer America") (collectively

4  "Defendants") filed their Opposition on November 7, 2008.

5    The Court, having considered Plaintiff's Motion for Administrative Relief and

6  Defendants' Opposition thereto, concludes that the December 19, 2008 hearing date for Acer

7  America's Motions to Dismiss, Strike and For a More Definite Statement, and for Acer Europe's

8  Motion to Dismiss for (1) Insufficient Service of Process and (2) Lack of Personal Jurisdiction,

9  should not be vacated.

10    Plaintiff's Motion for Administrative Relief is hereby DENIED.

11    **IT IS SO ORDERED**.

12

13  Dated: ___11/12/08_____, 2008

14

15

    _____
    Honorable Jeremy Fogel
16   United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                [PROPOSED] ORDER DENYING PLAINTIFF'S
                     MOTION FOR ADMINISTRATIVE RELIEF