DILLINGHAM & MURPHY, LLP
THOMAS J. KLITGAARD (STATE BAR NO. 33876)
WILLIAM F. MURPHY (STATE BAR NO. 82482)
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
Telephone:  (415) 397-2700
Facsimile:  (415) 397-3300

Attorneys for Plaintiff
CHRISTIAN HAMMERL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN HAMMERL,<br><br>Plaintiff,<br><br>v.<br><br>ACER EUROPE S.A., a Swiss corporation, ACER AMERICA CORPORATION, a California corporation, and Does 1 through 10,<br><br>Defendants. | Case No. C-08-04754-JF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>N.D. Calif. Civil L.R. 7-11, 79-5 |

The Court has received Plaintiff's Administrative Motion to File Under Seal requesting the Court to enter an Order permitting Plaintiff to file under seal unredacted copies of Exhibits B, F, G, I, J, K, L, M, and N to the Declaration of Christian Hammerl in Support of Motion to Remand Action to Santa Clara County Superior Court. The Court, having considered the matters submitted in support of and in opposition to the motion, and good cause appearing, hereby GRANTS Plaintiff's Administrative Motion to File Under Seal unredacted copies of Exhibits B, F, G, I, J, K, L, M, and N to the Declaration of Christian Hammerl in Support of Motion to Remand Action to Santa Clara County Superior Court.

Dated: November 10, 2008.

_____
UNITED STATES DISTRICT JUDGE

Page 1 – Case No. C-08-04754-JF
UNDER SEAL

[PROPOSED] ORDER RE ADMIN MOT TO FILE